UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RECEIVED
JUL 1 5 2005
CLERK, USDC WDNY

ESTES EXPRESS LINES, INC.
3901 West Broad Street,
Richmond, VA 23230

**STATEMENT FOR JUDGMENT**

Plaintiff,

Case No. 05-CV-74

vs.

COIN OP USA, LLC
829 Seneca Street,
Buffalo, NY 14210

Defendant.

---

The Plaintiffs, ESTES EXPRESS LINES, at the current business address of 3901 West Broad Street, Richmond, VA 23230, and represented by WATSON, BENNETT, COLLIGAN, JOHNSON & SCHECHTER, L.L.P.,

HAVING obtained a Clerk's Default pursuant to Federal Rules of Civil Procedure 55(b)(1) on March 11, 2005 *(annexed hereto)* against COIN OP USA, LLC, at the last known address of 829 Seneca Street, Buffalo, NY 14210 and

Upon reading the affirmation of Theresa E. Quinn, dated June 28, 2005 and submitted on behalf of the Plaintiff;

The Plaintiff now seek a Judgment in the amount of $43,469.79, reflecting the following:

Amount entered in Judgment............................................................$40,729.67

Interest from date of breach [July 28, 2004] @ 9% ......................................................

[$10.04 per day for 230 days to July 15, 2005]........................................ $2540.12

Disbursements

Summons and Complaint Filing Fee......................................................... $150.00

Service of Summons and Complaint and Motion for Default ................ $50.00

Total..................................................$43,469.79.

The undersigned hereby enters this Judgment for $43,469.79 against the above-named defaulting Defendant.

July 22, 2005
Buffalo, NY

_Rodney C. Early_, Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ESTES EXPRESS LINES, INC.,

                   Plaintiff,

vs.

COIN OP USA LLC,

                   Defendant.

ATTORNEY'S AFFIRMATION IN SUPPORT OF JUDGMENT

Case No. 05 CV 0074

---

       Theresa E. Quinn, Esq., an attorney duly admitted to the practice of law in the United States District Court, Western District of New York, in accordance with Rule 55(b)(1) and the local rules of this Court, affirms and submits the following under penalty of perjury, that:

       1.    I am associated with the law firm of Watson, Bennett, Colligan, Johnson & Schechter, L.L.P., attorneys for Plaintiff, ESTES EXPRESS LINES, INC. and am duly licensed to practice law in the United States District Court, Western District of New York. I am fully familiar with the facts and circumstances contained herein.

       2.    I make this Affirmation in support of a Default Judgment Order submitted to the Clerk of the Court.

       3.    The Plaintiff has previously obtained a Clerk's default (*see Request for Clerk's Entry of Default, annexed hereto as Exhibit "A"*).

       4.    No party against whom this Judgment is sought is an infant or is an incompetent person.

       5.    Interest in the Statement has been calculated at the rate of 9% per annum from the date of breach as set forth in the Tariff/contract between parties. The last freight delivery occurred on June 23, 2004 and its corresponding statement was provided by defaulting Defendant on June 28,

2004. *(See itemization of freight bills, annexed hereto as Exhibit "B")*. Breach occurred, according to the Tariff/contract 30 days from the statement date. *(See relevant portion of Tariff/contract between parties, annexed hereto as Exhibit "C")*. According to the Tariff and set forth in the Complaint, if the shipper, the Defendant herein, the discounted rate no longer applies and the undiscounted rate of $43,469.79 is owed. *Exhibit C*

6. The amount shown by the attached Statement is justly due and owning and no part thereof has been paid.

7. The disbursements sought to be taxed have been incurred in regards to this action.

**WHEREFORE**, the Plaintiff hereby requests a Judgment in the amount of $43,469.79 against the defaulting Defendant COIN OP USA LLC.

Dated: Buffalo, New York
July 15, 2005

Theresa E. Quinn, Esq.
WATSON, BENNETT, COLLIGAN,
JOHNSON & SCHECHTER, L.L.P.
*Attorneys for Plaintiff*, ESTES EXPRESS LINES, INC.
12 Fountain Plaza, Suite 600
Buffalo, New York 14202
Tel. No: (716) 852-3540
Fax: (716) 852-3546

F:\Theresa\Motions\Default\Federal Default Affidavit according to Local Rules - Estes v. Coin Op.doc